### 4846.   SMITH *v.* CITY OF ATLANTA.

POTTLE, J.   No error of law is complained of and the evidence authorized the judgment of conviction. It was, therefore, not error to overrule the certiorari.                                         *Judgment affirmed.*

DECIDED JUNE 10, 1913.

Certiorari; from Fulton superior court—Judge Bell.   March 28, 1913.

*John Y. Smith,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.